UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE WRIGHT, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKOSY, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-00363-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner proceeding *pro se* and currently incarcerated at San Quentin State Prison, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On October 14, 2021, the parties filed a stipulation for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), which states as follows:

> Plaintiff William Lee Wright (T59840) and Defendant St. Julian hereby stipulate to a dismissal of this entire action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.
>
> It is so stipulated.

ECF No. 26. The stipulation is signed by both Plaintiff and counsel for defendant St. Julian. *Id.* Because the Court has determined, in an order filed separately today, that defendant St. Julian is the only defendant against whom Plaintiff states any valid claim, this stipulation has the effect of dismissing the entire action.

/ / /

/ / /

/ / /

/ / /

1    Accordingly, IT IS HEREBY ORDERED THAT this entire action is DISMISSED WITH

2 PREJUDICE.  The Clerk shall terminate all pending motions and close the file.

3    **IT IS SO ORDERED.**

4 Dated:  December 28, 2021



JON S. TIGAR
United States District Judge